# Court of Appeals
# of the State of Georgia

ATLANTA,   December 21, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0717. GENOVA BERNARD MALONE v. THE STATE.

Genova Bernard Malone pleaded guilty to criminal attempt to commit murder. Malone filed a motion for out-of-time appeal, which the trial court denied on July 9, 2020. On August 21, 2020, Malone filed a notice of appeal from this ruling.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).

On March 14, 2020, the Supreme Court entered an "Order Declaring Statewide Judicial Emergency," which tolled filing deadlines. The Order was extended on April 6, May 11, and June 12, 2020, and was extended in part on July 10, 2020.[2] Pursuant to the Supreme Court's July 10, 2020 order, all filing deadlines were reimposed effective July 14, 2020. Accordingly, Malone had 30 days from July 14, 2020 – or until August 13, 2020 – in which to file a notice of appeal. Because Malone did not file his notice of appeal until August 21, 2020, it is untimely. We therefore lack jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] Malone appealed to the Supreme Court, which transferred the case to this Court. See Case No. S21A0249, decided Nov. 2, 2020.

[2] The orders are available at www.gasupreme.us.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__12/21/2020_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*